UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIAN SHEN, ) | Civil No. 07-CV-392-L(RBB) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING *EX PARTE* APPLICATION TO FILE PETITION UNDER SEAL [doc. #4]** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

Good cause appearing, **IT IS ORDERED** granting plaintiff's *ex parte* application to file the petition [doc. #1] under seal.

**IT IS SO ORDERED.**

DATED: March 22, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL

07cv392

Dockets.Justia.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28