1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                             SOUTHERN DISTRICT OF CALIFORNIA

10

11   JIAN SHEN,                                )   Civil No. 07-CV-392-L(RBB)
                                               )
12                     Plaintiff,              )   **ORDER GRANTING *EX PARTE***
                                               )   **APPLICATION TO FILE PETITION**
13   v.                                        )   **UNDER SEAL [doc. #4]**
                                               )
14   MICHAEL CHERTOFF, *et al.*,               )
                                               )
15                     Defendants.             )
                                               )
16   _____   )

17        Good cause appearing, **IT IS ORDERED** granting plaintiff's *ex parte* application to file

18   the petition [doc. #1] under seal.

19        **IT IS SO ORDERED.**

20

21   DATED:  March 22, 2007

22                                             _____
                                               M. James Lorenz
23                                             United States District Court Judge

24   COPY TO:

25   HON. RUBEN B. BROOKS
     UNITED STATES MAGISTRATE JUDGE
26

27   ALL PARTIES/COUNSEL

28

                                                                              07cv392

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv392