|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JIAN SHEN, | ) | Civil No. 07-CV-392-L(RBB) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE [doc. #12]** |
| v. | ) | |
| MICHAEL CHERTOFF, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

The parties have filed a joint motion to dismiss the above-captioned case. Good cause appearing, **IT IS ORDERED** granting the joint motion [doc. #12]. **IT IS FURTHER ORDERED** dismissing this action without prejudice.

**IT IS SO ORDERED.**

DATED: May 25, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL